**Opinion issued August 16, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00526-CV

———————————

## IN RE BUENA VISTA LANDSCAPES LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Buena Vista Landscapes LLC filed a petition for writ of mandamus seeking to compel the trial court to withdraw its order granting partial summary judgment in favor of real party in interest Maverick Tube Corporation.[1] We deny relief.

---

[1]   The underlying case is *Maverick Tube Corporation v. Buena Vista Landscapes LLC*, cause number 2016-34915, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

Mandamus is an extraordinary remedy that is available only when the relator demonstrates that the trial court abused its discretion and there is no adequate remedy by appeal. *See In re Ford Motor Co.*, 165 S.W.3d 315, 317 (Tex. 2005) (orig. proceeding); *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding). Relator has not demonstrated that its remedy by appeal is inadequate.

Accordingly, we deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.